UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH ANDERSON, *et al.*,

                   Plaintiffs,

v.

FIRST TRANSIT, INC., *et al.*,

                   Defendants.

No. 23-CV-6826 (KMK)

SCHEDULING ORDER

KENNETH M. KARAS, District Judge:

     At the Conference held before the Court on December 4, 2023, the Court adopted a briefing schedule for Defendants' upcoming motion to dismiss. Defendants' motion is due January 19, 2024. Plaintiffs' response is due February 16, 2024. Defendants' reply, if any, is due March 1, 2024.

     The Parties are reminded that there is a strict page limit of 25 pages for opening briefs and 10 pages for replies. If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:    December 4, 2023
               White Plains, New York

                                                 KENNETH M. KARAS
                                                 UNITED STATES DISTRICT JUDGE