UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

JOSEPH ANDERSON, JAMES BELLAMY, TROY
BLOUNT, TAIRE CHANEY, RAY-RAY CONNER,
JOSEPH HEVERLY, MICHAEL HORTON, TEON
JACOBS JR., ANDRE KIRBY, ALBERT MERCER,
CARLOS RIVERA, JOHN SAWYER, CURTIS
SINGLETON, ALWASI TYSON, GREGORY WARE,
and SHAMELL WHIDBEE,

Plaintiffs,

- against -

FIRST TRANSIT, INC., ADAM MOORE, JUNIOR
DAWKINS, LESTER NICHOLS, and JAMIE LEWIS,
Defendants.

------------------------------------------------------------------- X

Case No. 23 Civ. 6826 (KMK)

**ORDER AUTHORIZING THE**
**DEPOSITION OF**
**INCARCERATED PLAINTIFF**

~~[PROPOSED]~~

**IT IS HEREBY ORDERED**, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), that

an Assistant Attorney General, as well as counsel for all other defendants, may take the deposition of

incarcerated individual, Plaintiff CARLOS RIVERA, DIN # 08A5034, before a notary public or

some other officer authorized to administer oaths by the laws of the United States or of the State of

New York, at a Correctional Facility maintained by the New York State Department of Corrections

and Community Supervision, or virtually via a remote deposition at the same, upon notice to

Plaintiff and the Superintendent of the Correctional Facility.

Plaintiff is further advised that if he fails to attend and complete his own deposition, the

Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order

dismissing the complaint in this action.

Dated:  White Plains, New York

July 18, 2024

SO ORDERED.

KENNETH M. KARAS, U.S.D.J