Case 7:23-cv-06826-KMK   Document 49   Filed 08/06/24   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

JOSEPH ANDERSON, JAMES BELLAMY, TROY BLOUNT, TAIRE CHANEY, RAY-RAY CONNER, JOSEPH HEVERLY, MICHAEL HORTON, TEON JACOBS JR., ANDRE KIRBY, ALBERT MERCER, CARLOS RIVERA, JOHN SAWYER, CURTIS SINGLETON, ALWASI TYSON, GREGORY WARE, and SHAMELL WHIDBEE,

                    Plaintiffs,

- against -

FIRST TRANSIT, INC., ADAM MOORE, JUNIOR DAWKINS, LESTER NICHOLS, and JAMIE LEWIS,
                    Defendants.

-------------------------------------------------------------- X

Case No. 23 Civ. 6826 (KMK)

**ORDER AUTHORIZING THE DEPOSITION OF INCARCERATED PLAINTIFF**

[PROPOSED]

**IT IS HEREBY ORDERED**, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), that an Assistant Attorney General, as well as counsel for all other defendants, may take the deposition of incarcerated individual, Plaintiff ALWASI TYSON, DIN # 18A3728, before a notary public or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at a Correctional Facility maintained by the New York State Department of Corrections and Community Supervision, or virtually via a remote deposition at the same, upon notice to Plaintiff and the Superintendent of the Correctional Facility.

Plaintiff is further advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing the complaint in this action.

Dated: White Plains, New York

      8/7/24

SO ORDERED.

_____
KENNETH M. KARAS, U.S.D.J