**Kaufman Lieb Lebowitz & Frick**
attorneys at law

(212) 660-2332
18 E. 48th St., Suite 802
New York, NY 10017
www.kllf-law.com

January 14, 2025

**Via ECF**

Hon. Kenneth M. Karas
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

  Re: *Anderson et al. v. First Transit, Inc., et al.*, No. 23 Civ. 6826

Your Honor:

  We represent Plaintiffs in this action. We write on consent of all parties to inform the Court that we have reached agreements in principle to resolve the claims of all Plaintiffs in this case. We have also processed over 85% of the settlement paperwork on behalf of Plaintiffs.

  We request that the Court give the parties 30 days to finalize the remaining paperwork in this case and file a stipulation of discontinuance as to all Plaintiffs. We also request that all deadlines and conferences in this matter be adjourned without date.

  We thank the Court for its time and attention to this matter.

Granted.
So Ordered.
*[signature]*
1/14/25

Sincerely,

*[signature]*

Alyssa Isidoridy

Alanna Kaufman* • Douglas E. Lieb‡ • David A. Lebowitz • Alison Frick*
Alyssa Isidoridy • Pooja Shivaprasad • Kyla Magun

*Also admitted to practice in New Jersey ‡Also admitted to practice in California and Connecticut